IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SHARON KILLMON, as Next Friend and Conservator of G.W., a Minor,<br><br>              Plaintiff,<br><br>v.<br><br>DOREL JUVENILE GROUP, INC.,<br><br>              Defendant. | Case No. 4:17-cv-00251<br><br>Corporate Disclosure/ Statement of Interest |

      As required by LR 7.1 and LR 81.c, .d, and .e, defendant DOREL JUVENILE GROUP, INC. provides the following information to the court:

(a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the defendant's outcome in the case:

      1.      Dorel U.S.A., Inc.
      2.      Dorel Industries, Inc.
      3.      Fidelity; Letko, Brosseau & Associates, Inc.; and Brandes Investment Partners, L.P.

(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:

      1.      Dorel U.S.A, Inc., a private holding company, is Dorel Juvenile Group, Inc.'s parent company.
      2.      Dorel Industries, Inc., a publicly traded Canadian company, is Dorel U.S.A.'s parent company.
      3.      Fidelity, Letko, Brosseau & Associates Inc., and Brandes Investment Partners, L.P. each hold more than 5% of the shares of Dorel Industries.

- 2 -

Respectfully Submitted:

/s/ *Kevin M. Reynolds*
Kevin M. Reynolds
WHITFIELD & EDDY, P.L.C.
699 Walnut Street – Suite 2000
Des Moines, IA 50309
Telephone: (515) 288-6041
Facsimile: (515) 246-1474
Email: Reynolds@whitfieldlaw.com

Jonathan Judge
Matthew G. Schiltz
SCHIFF HARDIN LLP
233 South Wacker Drive – Suite 7300
Chicago, IL 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600
Email: jjudge@schiffhardin.com
mschiltz@schiffhardin.com
Admitted *Pro Hac Vice*

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2017, I have electronically filed a copy of the foregoing Corporate Disclosure/ Statement of Interest with the Clerk of Court using the e-filing system, which will automatically send email notification to the following attorneys of record:

J. Barton Goplerud,
Prandon M. Bohlman
SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265-5749
Email: goplerud@sagwlaw.com
Email: bohlman@sagwlaw.com

Jeffery T. Embry
Subject to *pro hac vice* admission
George Cowden IV
Subject to *pro hac vice* admission
Hossley & Embry, LLP
515 S. Vine Ave
Tyler, TX 75702
Email: jeff@hossleyembry.com
Email: george@hossleyembry.com

             */s/ Kevin M. Reynolds*
             Kevin M. Reynolds