IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SHARON KILLMON, as Next Friend and Conservator of G.W., a Minor,<br><br>Plaintiff(s),<br><br>vs.<br><br>DOREL JUVENILE GROUP, INC.<br><br>Defendant(s). | 4:17-cv-251-RGE-RAW<br><br>ORDER ADOPTING SCHEDULING ORDER AND DISCOVERY PLAN AND SETTING JURY TRIAL AND FINAL PRETRIAL |

The Court has reviewed the parties' proposed scheduling order [12]. The following deadlines are set:

1. Initial disclosures due by **October 6, 2017**.

2. Motions to Add Parties are due by **December 1, 2017.**

3. Motions to Amend Pleadings are due by **December 1, 2017**.

4. Plaintiff's Expert Witness disclosures in compliance with Fed. R. Civ. P. 26(a)(2) are due by **May 1, 2018**.

5. Defendant's Expert Witness disclosures in compliance with Fed. R. Civ. P. 26(a)(2) are due by **July 2, 2018**.

6. Plaintiff's Rebuttal Witness disclosures in compliance with Fed. R. Civ. P. 26(a)(2) are due by **August 1, 2018**.

7. Discovery shall be concluded by **September 4, 2018**. Written discovery shall be propounded so that the time for response is not later than this date.

8. Dispositive motions are due by **October 1, 2018.**

This case is set for jury trial before Judge Rebecca Goodgame Ebinger beginning at **9:00 a.m. on Monday, March 18, 2019 at the United States Courthouse in Des Moines, Iowa.** Estimated length of trial is eight (8) days.

Final pretrial conference is set before Judge Ebinger at **11:00 AM** on **February 15, 2019**. The parties should comply with the requirements for final pretrial conference separately ordered.

IT IS SO ORDERED.

Dated this October 23, 2017.

_____
ROSS A. WALTERS
UNITED STATES MAGISTRATE JUDGE