IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SHARON KILLMON, as Next Friend and Conservator of G.W., a Minor,<br><br>    Plaintiff(s),<br>vs.<br><br>DOREL JUVENILE GROUP, INC.<br><br>    Defendant(s). | 4:17-cv-251-RGE-RAW<br><br>SECOND JOINT MOTION TO MODIFY SCHEDULING ORDER |

  Plaintiff Sharon Killmon, as Next Friend and Conservator of G.W., a Minor, and Defendant Dorel Juvenile Group, Inc. file this Second Joint Motion to Modify Scheduling Order. On February 14, 2018, the parties filed a First Joint Motion to Modify Scheduling Order. (Docket No. 27). Shortly thereafter, the Court entered an order advising the parties the proposed deadlines would violate the 150-day rule for dispositive motions in LR 16(g). The parties have modified the proposed deadlines, which now include a dispositive motion deadline 150 days prior to the trial date. For the reasons set forth below, the parties respectfully request that the Court amend and extend the expert deadlines, discovery deadline, and dispositive motion deadline. This is, essentially, the first request to extend the court's deadlines, and the requested amendments will not disturb the current final pretrial conference, set for February 15, 2019, or the current trial date of March 18, 2019.

  This is a products liability case concerning a child's car seat designed and manufactured by Defendant. In 2014, G.W. was involved in a motor vehicle collision while seated in a car seat designed and manufactured by Defendant. G.W. suffered severe injuries, including a transected spinal cord and a closed head injury. Plaintiff claims Defendant was negligent, grossly negligent,

1

and that subject car seat is defective.[1] Defendant denies Plaintiff's allegations and asserts eleven additional defenses.[2] On December 20, 2017, Defendant filed a Third-Party Complaint against the following five individuals:(1) Jacob Ward, who is G.W.'s father and who was driving the vehicle G.W. was occupying during the crash; (2) Brian Ward, Jacob Ward's father, who was the third passenger in the Ward vehicle; (3)Susan Ward, the owner of the Ward vehicle; (4) Trent Capps, the driver of the other vehicle involved in the crash; and (5) Angela Capps, the owner of the Capps vehicle.[3] Defendant voluntarily dismissed Trent Capps and Angela Capps without prejudice.[4] As of the filing of this motion, the remaining three Third-Party Defendants have not filed an answer or otherwise appeared.

The parties have diligently engaged in discovery including: exchange of initial disclosures; propounding and answering interrogatories; propounding and responding to requests for production; issuing third-party subpoenas; and voluntary disclosure of documents. Additionally, some of the parties' consultants have had the opportunity to inspect the subject car seat. Despite the parties' good faith efforts, the parties cannot meet the deadlines in the current scheduling order. The parties are currently conferring on deposing various individuals in early March. These deponents include the third-party defendants, Plaintiff Sharon Killmon, individuals involved in the motor vehicle collision, investigating law enforcement officers, first responders, G.W.'s treating physicians. In addition to these depositions, additional discovery must be completed before the parties can designate expert witnesses.

Because of the nature of Plaintiff's claims, the parties will each require numerous expert witnesses, likely including accident reconstructionist, biomechanical engineers, child-restraint

---

[1] Docket No. 1.
[2] Docket No. 2.
[3] Docket No. 22.
[4] Docket No. 26.

experts; life-care planners; medical doctors; and economic experts. Due to the technical nature of the issues and extent of G.W.'s medical history, additional discovery must take place before the parties can designate their experts. This additional discovery includes depositions of Defendant's employees and corporate representatives; additional forensic inspection of the subject car seat and scene of the collision. The parties will also likely engage in further written discovery. Additionally, the parties will need additional time to depose the various expert witnesses. Therefore, the parties agree that it is necessary to extend certain deadlines as follows:

| **Current Deadlines** | **Proposed Deadlines** |
| --- | --- |
| Plaintiff's experts: May 1, 2018 | Plaintiff's experts: July 15, 2018 |
| Defendants experts: July 2, 2018 | Defendants experts: August 30, 2018 |
| Plaintiff's rebuttal experts: August 1, 2018 | Plaintiff's rebuttal experts: September 17, 2018 |
| Discovery deadline: September 4, 2018 | Discovery deadline: October 1, 2018 |
| Dispositive Motions: October 1, 2018 | Dispositive Motions: October 19, 2018 |

For clarity, the amended scheduling order also includes a deadline for parties to file motions seeking to limit or exclude the testimony of expert witnesses of November 15, 2018. The proposed Agreed Amended Scheduling Order reflects these requested amendments and is attached as Exhibit A.

This is, essentially, the first request to modify the Court's scheduling order (Doc. 14). This request is sought in good faith and is in compliance with Local Rule 7(j), Motions to Continue or Extend Deadline. Further, this request is made so that all parties may adequately prepare their respective cases for trial. The requested amendments will not disturb the current final pretrial conference is scheduled for February 15, 2019; and trial is scheduled for March 18, 2019.

The parties respectfully request the Court enter the attached proposed Agreed Amended Scheduling Order.

4

Agreed to by:

| | |
|---|---|
| /s/*Jeffrey T. Embry* | /s/*Jonathan Judge* |
| Jeffery T. Embry | Jonathan Judge |
| Admitted Pro Hac Vice | Matthew G. Schiltz |
| Attorney-in-Charge | Schiff Hardin LLP |
| George Cowden IV | 233 S Wacker Drive – Ste. 7300 |
| Admitted Pro Hac Vice | Chicago, IL 60606 |
| Hossley & Embry, LLP | Telephone: (312) 258-5500 |
| 515 S. Vine Ave. | Facsimile: (312) 258-5600 |
| Tyler, Texas 75702 | Email: jjudge@schiffhardin.com |
| Ph. (903) 526-1772 | mschiltz@schiffhardin.com |
| Fax (903) 526-1773 | *Pro Hac Vice* Admission |
| jeff@hossleyembry.com | |
| george@hossleyembry.com | |
| | Kevin M. Reynolds |
| J. Barton Goplerud, AT0002983 | Richard J. Kirschman |
| Brandon M. Bohlman, AT0011668 | Whitfield & Eddy, PLC |
| SHINDLER, ANDERSON, | 699 Walnut Street – Ste. 2000 |
| GOPLERUD & WEESE, P.C. | Des Moines, IA 50309 |
| 5015 Grand Ridge Drive, Suite 100 | Telephone: (515) 246-5567 |
| West Des Moines, IA 50265-5749 | Facsimile: (515) 288-6041 |
| Telephone: (515) 223-4567 | Email: Reynolds@whitfieldlaw.com |
| Facsimile: (515) 223-8887 | Kirschman@whitfieldlaw.com |
| Email: goplerud@sagwlaw.com | |
| Email: bohlman@sagwlaw.com | |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |